# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Kyle Kumer<br><br>*Defendant* | ) Case: 1:23-mj-00138<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 6/21/2023<br>) Description: Complaint W/ Arrest Warrant<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Kyle Kumer _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder) ;
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(E) (Impeding Passage Through the Capitol Grounds or Buildings) .

Date: 06/21/2023

G. Michael Harvey
*Digitally signed by G. Michael Harvey*
*Date: 2023.06.21 13:34:04 -04'00'*

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/21/23, and the person was arrested on *(date)* 6/28/23
at *(city and state)* Kansas City, MO.

Date: 6/28/23

*Arresting officer's signature*

SA Simon Cobb
*Printed name and title*